**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO**

| | |  | |
|---|---|---|---|
| **PLANNED PARENTHOOD** | : | | |
| **SOUTHWEST OHIO REGION,** *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Case No. 1:19-cv-00118 | |
| | : | | |
| v. | : | JUDGE MICHAEL R. BARRETT | |
| | : | | |
| **OHIO ATTORNEY GENERAL** | : | | |
| **DAVID YOST,** *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**NOTICE OF ATTORNEY GENERAL YOST
REGARDING COUNTY PROSECUTORS' NOTICE**

On February 28, 2019, Defendant County Prosecutors filed a notice to the Court in which they stated that "Plaintiffs acknowledge that the defense of the Ohio statute is solely within the duty of the Ohio Attorney General.  As such, Plaintiffs advise the Court that should Plaintiffs prevail in their challenge to the Ohio statute, Plaintiffs will not bring a claim for attorneys' fees against the Ohio Prosecutors' Offices specifically named in this litigation." Doc. 21 at 2.

The Counties' Notice, which is not signed by the Attorney General, is nothing more than a commitment that the Plaintiffs will not to seek to recover fees from the counties.  It cannot, and must not, be interpreted as a pre-litigation commitment by the Attorney General to indemnify anyone against a post-litigation award fees.

Attorney General Yost does not contest his obligation to defend the statute.  However, determining whether and against whom fees are awarded is a matter within the Court's discretion and should be completed at the conclusion of this litigation.  *See Swan v. Daniels*, 917 F. Supp.

292, 301 (D. Del. 1995) (collecting cases and noting that district courts have discretion on how to divide liability for attorney fees when there are multiple defendants).

Accordingly, it is the Ohio Attorney General's position that the Counties' Notice is a nullity as to the Attorney General. Only this Court has the authority to decide whether, and against whom, attorneys' fee should be awarded and that decision can only be made at the conclusion of this litigation.

      DAVID YOST
      Ohio Attorney General

      *s/ Tiffany L. Carwile*
      TIFFANY L. CARWILE (0082522)
      DANIEL R. FORSYTHE (0081391) *
        *Lead and Trial Attorney*
      ANN YACKSHAW (0090623)
      Assistant Attorneys General
      Constitutional Offices Section
      30 East Broad Street, 16th Floor
      Columbus, Ohio 43215
      Tel: (614) 466-2872; Fax: (614) 728-7592
      tiffany.carwile@ohioattorneygeneral.gov
      daniel.forsythe@ohioattorneygeneral.gov
      ann.yackshaw@ohioattorneygeneral.gov

      *Counsel for Defendant*
      *Attorney General David Yost*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, on March 4, 2019, and served upon all parties of record via the court's electronic filing system.

      *s/ Tiffany L. Carwile*
      TIFFANY L. CARWILE (0082522)
      Assistant Attorney General