# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **PRETERM-CLEVELAND, INC., et al.,** | : | **Case No. 1:19-cv-118** |
| | : | |
| | : | **Judge Michael Barrett** |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | **PLAITNIFFS' NOTICE IN** |
| | : | **RESPONSE TO DEFENDANT** |
| **LANCE HIMES, et al.,** | : | **COUNTY PROSECUTOR'S** |
| | : | **NOTICE (Docs. 21 and 24).** |
| **Defendants.** | : | |

Plaintiffs give notice to correct a statement the Defendant County Prosecutors made in their Notice and Amended Notice (Docs. 21 and 24).  Defendants stated Plaintiffs waived attorney fees against the Defendant County Prosecutors.  (Doc. 21, PageID # 235; Doc. 24 PageID # 242).  During the informal conference on February 15, 2019, a question arose whether Plaintiffs would seek fees against the Defendant County Prosecutors if Plaintiffs were to prevail on their constitutional challenge to the Act.  In response, Ms. Branch, on behalf of Plaintiffs, stated that if Plaintiffs were to prevail in their challenge to the constitutionality of the Act, and if the defendant county prosecutors were to take no action to defend the constitutionality of the Act, then Plaintiffs would not seek attorney fees from the Defendant County Prosecutors.

Respectfully submitted,

MELISSA COHEN (*pro hac vice pending*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
123 William Street, Floor 9
New York, NY 10038
(212) 541-7800
(212) 247-6811 (fax)

By /s/ Jennifer Branch
JENNIFER BRANCH (OHIO BAR. NO. 0038893)
*Trial Attorney for Plaintiffs*
Alphonse A. Gerhardstein (OHIO BAR. NO. 0032053)
*Attorney for Plaintiffs*
GERHARDSTEIN & BRANCH CO. LPA
441 Vine Street, Suite 3400

RICHARD MUNIZ (*pro hac vice pending*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
(202) 973-4800
(202) 296-3480 (fax)

*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Dr. Sharon Liner*

Cincinnati, OH 42502
(513) 621-9100
(513) 345-5543 (fax)

*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Sharon Liner, M.D., Women's Med Group Professional Corporation*

ALAN E. SCHOENFELD (*pro hac vice pending*)
MARGARET ARTZ
LAURA BAKST
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800

JENNY PELAEZ
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 1200
Los Angeles, CA 90071
(213) 443-5300

ALLYSON SLATER
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

SARA SCHAUMBURG
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000

*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Sharon Liner, M.D.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2019 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail and email upon all parties for whom counsel has not yet entered an appearance electronically.

                                                            /s/Jennifer L. Branch
                                                             Attorney for Plaintiffs