IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHWEST OHIO REGION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID YOST, in his official capacity as Attorney General of the State of Ohio, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00118 <br><br> JUDGE MICHAEL R. BARRETT |

**CONSENT MOTION TO MODIFY**
**TEMPORARY RESTRAINING ORDER NUNC PRO TUNC**

Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Women's Med Center, and Dr. Sharon Liner, with the State Defendants, (together, Parties), hereby respectfully move the Court to modify the definition of "LMP" in its Temporary Restraining Order (ECF No. 30 (Order) at 4 n.1 (defining "LMP" as "last missed period")). The Parties agree that the definition of "LMP" should be the first day of the woman's last menstrual period, and not the last missed period, and respectfully request that the Court modify its Order to reflect this corrected definition, to avoid unintended ambiguity over the scope of the circumstances covered by the TRO. The parties further request that this modification be effective nunc pro tunc to March 21, 2019, the date the TRO issued.

ActiveUS 172455351

The Parties agree that the submission of this Motion shall not be taken as a waiver of their rights to challenge the merits of the Court's Order.

| | |
|---|---|
| March 26, 2019 | Respectfully submitted, |
| | |
| DAVID YOST | By /s/ Jennifer L. Branch |
| *Ohio Attorney General* | JENNIFER L. BRANCH (OHIO BAR. NO. 0038893) |
| | *Trial Attorney for Plaintiffs* |
| /s/ Tiffany L. Carwile | GERHARDSTEIN & BRANCH CO. LPA |
| TIFFANY L. CARWILE (0082522) | 441 Vine Street, Suite 3400 |
| DANIEL R. FORSYTHE (0081391)* | Cincinnati, OH 42502 |
|     **Lead and Trial Attorney* | (513) 621-9100 |
| ANN YACKSHAW (0090623) | (513) 345-5543 (fax) |
| ASSISTANT ATTORNEYS GENERAL | |
| CONSTITUTIONAL OFFICES SECTION | *Counsel for Plaintiffs Planned Parenthood* |
| 30 East Broad Street, 16th Floor | *Southwest Ohio Region, Planned Parenthood of* |
| Columbus, Ohio 43215 | *Greater Ohio, Sharon Liner, M.D., Women's Med* |
| Tel: (614) 466-2872; Fax: (614) 728-7592 | *Group Professional Corporation* |
| tiffany.carwile@ohioattorneygeneral.gov | |
| daniel.forsythe@ohioattorneygeneral.gov | ALAN E. SCHOENFELD (*pro hac vice*) |
| ann.yackshaw@ohioattorneygeneral.gov | LAURA BAKST |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| *Counsel for Defendant* | 7 World Trade Center |
| *Ohio Attorney General David Yost* | 250 Greenwich Street |
| | New York, NY 10007 |
| | (212) 230-8800 |
| | |
| | FELICIA ELLSWORTH |
| | ALLYSON SLATER |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | (617) 526-6000 |
| | |
| | JENNY PELAEZ |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 350 South Grand Avenue, Suite 1200 |
| | Los Angeles, CA 90071 |
| | (213) 443-5300 |
| | |
| | SARA SCHAUMBURG |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 1875 Pennsylvania Avenue NW |
| | Washington, DC 20006 |

(202) 663-6000

*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Sharon Liner, M.D.*

MELISSA COHEN (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
123 William Street, Floor 9
New York, NY 10038
(212) 541-7800
(212) 247-6811 (fax)

RICHARD MUNIZ (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
(202) 296-3480 (fax)

*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region, Planned Parenthood of Greater Ohio, Sharon Liner, M.D.*

ActiveUS 172455351