UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Planned Parenthood Southwest
Ohio Region, *et al.*,

    Plaintiffs,

v.

Case No. 1:19cv118

David Yost, *et al.*,

Judge Michael R. Barrett

    Defendants.

## CIVIL MINUTES
### Day 3

**HONORABLE MICHAEL R. BARRETT, UNITED STATES DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Jade Smarda
**COURT REPORTER:** Maryann Maffia, Official
**DATE:** April 12, 2019      **TIME:** 8:43 - 4:50 = 5:17

| Attorney for Plaintiff(s) | Attorney for Defendant(s): |
|---|---|
| Felicia Ellsworth  Sarah Schaumburg | Daniel Forsythe |
| Alyson Slater  Richard Muniz | Tiffany Carwile |
| Jennifer Branch  Laura Bakst | Ann Yaekshaw |
| Melissa Cohen | |

### WITNESSES

Katherine Rivlin
W.M. Martin Haskell
Steven Ralston

### PROCEDURES

✓ Counsel Present.
✓ Matters heard: Motion for Preliminary Injunction (Doc. 4)
✓ Court's decision to follow.
✓ Court ordered in open court that findings of facts / conclusions of law due by 11:59pm 4/15/19

Remarks: D orally requests extension of their answer dd1 - granted for an extension of 7 days