## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **PLANNED PARENTHOOD** | : | |
| **SOUTHWEST OHIO REGION,** *et al.,* | : | |
| | : | |
| Plaintiffs, | : | **Case No. 1:19-cv-00118** |
| | : | |
| **v.** | : | **JUDGE MICHAEL R. BARRETT** |
| | : | |
| **OHIO ATTORNEY GENERAL** | : | |
| **DAVID YOST,** *et al.,* | : | |
| | : | |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL OF RECORD

Now comes Assistant Attorney General Bridget Coontz (0072919), and notifies this Court and all parties of her appearance as lead and trial counsel on behalf of Defendant Ohio Attorney General Dave Yost substituting for Assistant Attorney General Daniel Richard Forsythe (0081391). AAG Forsythe is terminated as counsel and should be removed from the docket as counsel and from electronic notifications.

Counsel certifies that Defendant, by and through counsel, have been notified of this internal substitution and that Assistant Attorneys General Bridget Coontz and Ann Yackshaw are aware of all orders, upcoming assignment dates, and hearing dates.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Bridget Coontz*

BRIDGET COONTZ (0072919)
    *Lead and Trial Counsel*
ANN YACKSHAW (0090623)
Assistant Attorney General

Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
T: (614) 466-2872 | F: (614) 728-7592
Bridget.Coontz@OhioAttorneyGeneral.gov
Ann.Yackshaw@OhioAttorneyGeneral.gov

*Counsel for Defendant Ohio Attorney General*


*/s/ Daniel Richard Forsythe*
DANIEL RICHARD FORSYTHE  (0081391)
Court of Claims Defense Section
150 E. Gay Street
Columbus, OH 43215
Tel: 614-466-8420 | Fax: 866-422-9165
Email: daniel.forsythe@ohioattorneygeneral.gov

*Withdrawing Counsel for Defendant Ohio Attorney General*


## CERTIFICATE OF SERVICE


I hereby certify that on  August 14, 2020 the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.


*/s/ Bridget Coontz*
BRIDGET COONTZ (0072919)
Assistant Attorney General